IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEONEL BANEGAS, MARIELA MEJIA, ZELUMA MENDOZA, and KARLA MONTALVAN, | ) ) ) ) |
| Plaintiffs, | ) Case No. _____ ) |
| v. | ) Jury Trial Demanded ) |
| RELIABLE DRYWALL CONTRACTORS, INC., SAUCEDOS DRYWALL LLC, and TIMOTHY S. LOONEY d/b/a PIONEER DEVELOPMENT, | ) ) ) ) ) ) |
| Defendants. | ) |

## FAIR LABOR STANDARDS ACT COMPLAINT

COME NOW Plaintiffs Leonel Banegas, Mariela Mejia, Zeluma Mendoza and Karla Montalvan, and for their Complaint against Defendants Reliable Drywall Contractors, Inc., Saucedos Drywall LLC, and Timothy S. Looney d/b/a Pioneer Development show this Court the following:

### NATURE OF THE CASE

1. This is an action brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") arising out of Plaintiffs' employment by Defendants Reliable Drywall Contractors, Inc. (hereinafter "Reliable"), Saucedos Drywall LLC (hereinafter "Saucedos"), and Timothy S. Looney d/b/a Pioneer Development

(hereinafter "Looney"). While employed by Defendants the Plaintiffs did not receive minimum wages for hours worked, and/or did not receive an overtime premium for all hours worked over 40 during work weeks. Plaintiffs seek relief pursuant to the FLSA for Defendants' unlawful employment and compensation practices.

## JURISDICTION & VENUE

2.   This Court has jurisdiction over actions brought under the FLSA pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216. Venue is proper in this District and Division pursuant to 28 U.S.C. § 1391.

## PARTIES

3.   Plaintiffs Leonel Banegas, Mariela Mejia, Zeluma Mendoza and Karla Montalvan are residents of this District and Division, and are former employees of Defendants Reliable, Saucedos and Looney. Plaintiffs specifically consent to and authorize the filing of a claim under the FLSA on their behalf. See Composite Exhibit A, attached hereto.

4.   Defendant Reliable is a Georgia corporation with offices at 2100 Riverside Parkway, Suite 119-146, Lawrenceville, Georgia 30043. Reliable was the Plaintiffs' employer within the meaning of 29 U.S.C. §§ 203(d), 206(a)(1), and 207(a)(1), and conducts business in the Northern District of Georgia and is engaged in commerce within the meaning of 29 U.S.C. § 203.

5. Defendant Saucedos is a Georgia limited liability corporation with offices at 734 Farm Creek Road, Woodstock, Georgia 30188. Saucedos was the Plaintiffs' employer within the meaning of 29 U.S.C. §§ 203(d), 206(a)(1), and 207(a)(1), and conducts business in the Northern District of Georgia and is engaged in commerce within the meaning of 29 U.S.C. § 203.

6. Defendant Looney is an individual doing business as Pioneer Development, with offices at 741 Chandler Road, Danielsville, Georgia 30633. Looney was the Plaintiffs' employer within the meaning of 29 U.S.C. §§ 203(d), 206(a)(1), and 207(a)(1), and conducts business in the Northern District of Georgia and is engaged in commerce within the meaning of 29 U.S.C. § 203.

7. At all times material hereto Defendants Reliable, Saucedos and Looney were joint employers of Plaintiffs within the meaning of 29 U.S.C. § 203 and 29 C.F.R. § 791.2.

## FACTUAL ALLEGATIONS

8. Plaintiffs were employees of Defendants from January 2015 until March 2015. Plaintiffs were employed as Dry Wall Finishers.

9. Plaintiffs were compensated on an hourly basis at $15.00 per hour without any payroll tax deductions as required by law.

10. During the course of their employment by Defendants the Plaintiffs regularly worked in excess of 40 hours per week. Defendants willfully failed to

compensate Plaintiffs at a rate of one and one-half times their regular hourly rate for all hours worked in excess of 40 hours per week as required by 29 U.S.C. § 207.

11. In some weeks of their employment by Defendants the Plaintiffs were not paid any wages.  At such times Defendants willfully failed to compensate Plaintiffs at the minimum wage rate for hours worked as required by 29 U.S.C. § 206.

## COUNT I

## VIOLATION OF THE FAIR LABOR STANDARDS ACT

12. Plaintiffs incorporate by reference the factual allegations in Paragraphs 1 through 11 of their Complaint.

13. Defendants failed to compensate Plaintiffs and other similarly-situated employees at the required minimum wage rate, and/or at the required overtime rate, for hours worked in their employ in violation of the FLSA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

a) All amounts of minimum wages and/or overtime wages that Plaintiffs should have received under the Fair Labor Standards Act but for Defendants' willful violation of their rights, plus an equal amount in liquidated damages pursuant to the FLSA and interest owed on such amounts;

b)	all reasonable costs and attorney's fees incurred in prosecuting this action; and

c)	any other relief (including but not limited to declaratory and injunctive relief) that justice may require and/or that the Court deems appropriate to remedy the alleged violations.

**PLAINTIFFS DEMANDS TRIAL BY JURY**

Respectfully submitted,


s/ Robert M. Weaver
Robert M. Weaver, Esq.

Quinn, Connor, Weaver, Davies & Rouco LLP
3516 Covington Highway
Decatur, GA 30032
404/299-1211
404/299-1288 (fax)
rweaver@qcwdr.com