IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEONEL BANEGAS, MARIELA MEJIA, ZELUMA MENDOZA, and KARLA MONTALVAN, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:15-cv-02674-WSD |
| v. | ) ) Jury Trial Demanded |
| RELIABLE DRYWALL CONTRACTORS, INC., SAUCEDOS DRYWALL LLC, and TIMOTHY S. LOONEY d/b/a PIONEER DEVELOPMENT, | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs and Defendant Reliable Drywall Contractors, Inc., and pursuant to Rule 41(a), Fed.R.Civ.P., stipulate to the dismissal of all Plaintiffs' claims against Defendant Reliable Drywall Contractors, Inc., with prejudice, each party to bear its own costs and fees.

s/ Robert M. Weaver
Robert M. Weaver, Esq.
Georgia Bar No. 558537
Quinn, Connor, Weaver, Davies & Rouco LLP
3516 Covington Highway
Decatur, Georgia 30032
(404) 299-1211
rweaver@qcwdr.com

*Counsel for Plaintiffs*

<u>s/ William H. Arroyo</u>
William H. Arroyo, Esq.
Georgia Bar No.023850
William H. Arroyo & Associates
4228 First Ave., Suite 10
Tucker, Georgia 30084
(770) 491-0175
will@wharroyo.com

*Counsel for Defendant Reliable*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2017 I filed a true and correct copy of the foregoing via the Court's CM/ECF system, and that it was served on the following non-CM/ECF participants by placing a true and correct copy, properly addressed and first class postage pre-paid, in the U.S. Mail:

Timothy S. Looney d/b/a Pioneer Development
741 Chandler Road
Danielsville, GA  30633

Saucedos Drywall LLC
c/o Oscar Saucedos
307 New Echota Way
Woodstock, GA  30189

                                          s/ Robert M. Weaver
                                          Robert M. Weaver